UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA SPENCER HILL,

Petitioner,

v.

HILLARY RODHAM CLINTON,

Respondent.

Case No. 20-cv-04660-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This suit was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1]  On July 13, 2020, Petitioner, a state prisoner, filed the present action, which was opened as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On the same day the action was filed, the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application.  The Clerk of the Court sent Petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

Thereafter, as indicated above, this case was reassigned to the undersigned judge.  Dkts. 5, 6.

The twenty-eight-day deadline has passed, and Petitioner has not paid the filing fee, returned the *in forma pauperis* application, or otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: August 28, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

United States District Court
Northern District of California