UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA SPENCER HILL,

    Petitioner,

  v.

HILLARY RODHAM CLINTON,

    Respondent.

Case No. 20-cv-04660-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

    IT IS SO ORDERED.

Dated: August 28, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge